## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:<br><br>KODIAK PAVING, INC.<br><br><br>           **Debtor(s)** | Case No.  06-15983-PGH<br>Chapter 7 |

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U. S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X )    The Trustee has a balance of $**6.50**\*\* remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends.  Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice.  More than sufficient time has passed for these checks to be presented for payment; or

( )    The Trustee has a balance of $\*\*\* remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names,

claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been

deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect

closing of this estate.

Dated: September 16, 2010

Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue
Suite 160
West Palm Beach FL 33401
Telephone:    (561) 838-4539
Facsimile:    (561) 514-3439

**PAID**
133614

U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

SEP 27 2010

FILED _____ RECEIVED _____

**NAME:    KODIAK PAVING, INC.**
**CASE NO:    06-15983-PGH**

| Claim No. | Creditors | Amount of Claimed Allowed | Amount of Dividend |
|---|---|---|---|
| ** | Debtor (amount due Debtor per C.O. dated 4/19/10- DE #58 Check issued to Debtor April 30, 2010 was not presented for payment.) | 6.50 | 6.50 |